# Order

Michigan Supreme Court
Lansing, Michigan

February 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148298(53)

MICHAEL CLUM,
      Plaintiff-Appellee,

v

JACKSON NATIONAL LIFE
INSURANCE COMPANY,
      Defendant-Appellant,

and

VINCE VILONA,
      Defendant.
_____/

SC: 148298
COA: 307357
Ingham CC: 10-000146-CL

On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to participate as amicus curiae is GRANTED. The amicus brief submitted on February 12, 2014, by the Michigan Chamber of Commerce on the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2014 _____



Clerk